# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Anthony M Lochetto | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-00577-LMB-TCB |
| | ) |
| | ) |
| McRae et al | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on November 4, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Gregory McRae and Chaplain Richards and against Anthony M Lochetto.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
      K.Galluzzo
      Deputy Clerk

Dated: November 4, 2021
Alexandria, Virginia